UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNETTE DETTLOFF,

    Plaintiff,

v.                                           Case No: 8:15-cv-2885-T-30EAJ

LOKEY OLDSMOBILE, INC.,
BERT SMITH OLDSMOBILE, INC.,
VOLKSWAGEN GROUP OF AMERICA
INC. and VOLKSWAGEN AG,

    Defendants.

## ORDER

    THIS CAUSE is before the Court on Defendant VOLKSWAGEN GROUP OF AMERICA, INC.'s Motion to Stay Pending Transfer to Multidistrict Proceeding (Dkt. #3) and Plaintiff's Response (Dkt. #20).

    The Court notes that since the filing of Defendant's motion, the Judicial Panel on Multidistrict Litigation, under Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, has transferred this action, along with seventeen others from ten federal districts, to the Northern District of California. *In re: Volkswagen "Clean Diesel" Marketing Sales Practices, and Products Liability Litigation, MDL No. 2672, Dkt. 1036*. In light of that order, and upon consideration of the parties' pleadings,

    It is hereby **ORDERED AND ADJUDGED** that**:**

1.      Defendant VOLKSWAGEN GROUP OF AMERICA, INC.'s Motion to Stay Pending Transfer to Multidistrict Proceeding (Dkt. #3) is DENIED as moot.

2.      The Clerk of Court is directed to transfer this case to the United States District Court for the Northern District of California in accordance with the order issued in the case styled *In re: Volkswagen "Clean Diesel" Marketing Sales Practices, and Products Liability Litigation, MDL No. 2672, Dkt. 1036*, attached hereto.

3.      The Clerk is further directed to close this file and terminate all pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of January, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

Attachment:
Conditional Transfer Order (CTO-12)

S:\Odd\2015\15-cv-2885 transfer stay 3.docx